No. D–1422. IN RE DISBARMENT OF MOSELY. It is ordered that Fred M. Mosely, of East Cleveland, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1423. IN RE DISBARMENT OF OKOCHA. It is ordered that Nwabueze Vincent Okocha, of Cleveland, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1424. IN RE DISBARMENT OF HOLZMANN. It is ordered that James Charles Holzmann, of San Diego, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1425. IN RE DISBARMENT OF ABRAMS. It is ordered that Harold B. Abrams, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1426. IN RE DISBARMENT OF NOLAN. It is ordered that Patrick James Nolan, of Sacramento, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1427. IN RE DISBARMENT OF SCHECHTERMAN. It is ordered that Lawrence Schechterman, of Boca Raton, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1428. IN RE DISBARMENT OF STERNBERG. It is ordered that Les Paul Sternberg, of Sunrise, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.